**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00500-CV

————————————

**VAMAN INVESTMENTS LLC DBA VICTORIA GARDEN APARTMENTS, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION -CIVIL RIGHTS DIVISION, Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 15-DCV-226979**

---

## MEMORANDUM OPINION

Appellant appealed from a final judgment signed on April 8, 2019. On August

12, 2019, appellant filed a motion to dismiss the appeal, asserting that it no longer

wished to pursue its appeal. No opinion has issued. Appellee has not opposed the motion. The motion is granted.

We dismiss the appeal. *See* Tex. R. App. P. 42.1; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.